

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2021

Nos. 04-19-00714-CV, 04-19-00715-CV, 04-19-00716-CV

The **STATE** of Texas ex rel. Todd A. Durden, in his Official Capacity as County Attorney,
Appellant

v.

James T. "Tully" **SHAHAN**, in his Official Capacity as County Judge; Mark Frerich, in his
Official Capacity as County Commissioner; Joe Montalvo, in his Official Capacity as County
Commissioner; Dennis Dodson, in his Official Capacity as County Commissioner; Tim Ward, in
his Official Capacity as County Commissioner; Kinney County Commissioners Court; Kinney
County; and Rick Alvarado, in his Official Capacity as District and County Clerk of Kinney,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4845, 4863, 4866
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Sitting en banc:       Rebeca C. Martinez, Chief Justice
                            Patricia O. Alvarez, Justice
                            Luz Elena D. Chapa, Justice
                            Irene Rios, Justice
                            Beth Watkins, Justice
                            Liza A. Rodriguez, Justice[1]
                            Lori I. Valenzuela, Justice

The en banc court has considered Appellant's motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7. Appellant's second motion for leave to file second amended notices of appeal is also DENIED.

---

[1] Dissents to the denial of the motion for en banc reconsideration without requesting a response.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court